IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-MC-22891 – KING/TURNOFF

MILLIKEN & COMPANY,
a Delaware corporation,

    Plaintiff,

v.

HAIMA GROUP CORPORATION, and
WEIHAI NO. 1 CARPET FACTORY,

    Defendants,

v.

CARNIVAL CORPORATION, and
PRINCESS CRUISE LINES, LTD.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Turnoff's Report and Recommendation (DE #75), issued on June 25, 2009. Defendants filed their Objections (DE #76), and Plaintiff filed a Response to the Objections (DE #77). After conducting a *de novo* review of the Report, the objections, and the legal authorities cited therein, this Court concludes that Judge Turnoff's Report contains well-reasoned recommendations.

Accordingly, it is **ORDERRED, ADJUDGED,** and **DECREED** that:

1.     Judge Turnoff's Report and Recommendation (DE #76) is hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2. Defendants' Motion for Summary Judgment (DE #54) is **DENIED**.

3. This case will proceed to a trial calendar in accordance with this Court's forthcoming Order Requiring Parties to Submit Magistrate Election Form.

**DONE AND ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this 18th day of August, 2009.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc:
**Magistrate Judge William C. Turnoff**

**Counsel for Plaintiff**

Francis Xavier Sexton , Jr.
Concepcion Sexton & Martinez
355 Alhambra Circle
Suite 1250
Coral Gables , FL 33134
305-444-6665
Fax: 305-444-3665
Email: fsexton@cfclaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Ryan Roman
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue
25th Floor
Miami , FL 33131-1714
305-374-5600
Fax: 305-349-4661
Email: ryan.roman@akerman.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Counsel for Defendants**
William Taylor McCauley
Tew Cardenas LLP
Four Seasons Tower
1441 Brickell Avenue
15th Floor
Miami , FL 33131-3407
305-536-1112
Fax: 536-1116
Email: WTM@tewlaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED