IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-MC-22891 – KING/TURNOFF

MILLIKEN & COMPANY,
a Delaware corporation,

    Plaintiff,

v.

HAIMA GROUP CORPORATION, and
WEIHAI NO. 1 CARPET FACTORY,

    Defendants,

v.

CARNIVAL CORPORATION, and
PRINCESS CRUISE LINES, LTD.
_____/

## ORDER DENYING MOTION FOR DETERMINATION THAT CHINESE LAW APPLIES TO ALTER-EGO ISSUE

THIS CAUSE comes before the Court upon Magistrate Judge William C. Turnoff's Report and Recommendation (DE #106). On November 9, 2009, third party Weihai Haima Dahua Carpet Co. ("Dahua") filed a Motion for Determination that Chinese Law Applies to Issue of Whether Dahua is the Alter-Ego of Weihai Haima Carpet Co., Ltd. (DE #89). Judge Turnoff recommends that the motion should be denied. Dahua has filed Objections (DE #107), which the Court has considered. After conducting a *de novo* review of all the relevant materials, the Court concludes that Judge Turnoff's Report contains well-reasoned recommendations. Accordingly,

after careful consideration and the Court being otherwise fully advised, it is **ORDERRED**, **ADJUDGED**, and **DECREED** that:

1. Judge Turnoff's Report and Recommendation (DE #106) is hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2. Dahua's Motion for Determination that Chinese Law Applies to Issue of Whether Dahua is the Alter-Ego of Weihai Haima Carpet Co., Ltd. (DE #89) is hereby **DENIED**.

**DONE AND ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this 30th day of March, 2010.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc:
**Magistrate Judge William C. Turnoff**

**Counsel for Plaintiff**

Francis Xavier Sexton , Jr.

Concepcion Sexton & Martinez
355 Alhambra Circle
Suite 1250
Coral Gables , FL 33134
305-444-6665
Fax: 305-444-3665
Email: fsexton@cfclaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Ryan Roman
Akerman Senterfitt
Suntrust International Center

1 SE 3rd Avenue
25th Floor
Miami , FL 33131-1714
305-374-5600
Fax: 305-349-4661
Email: ryan.roman@akerman.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Counsel for Dahua**
John D. Eaton
BERGERG SINGERMAN
350 East Las Olas Blvd, Suite 1000
Fort Lauderdale, FL 33301
jeaton@bergersingerman.com